

# NUMBER 13-10-00264-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE STATE OF TEXAS

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela**
**Dissenting Memorandum Opinion by Justice Vela**

Relator, the State of Texas, acting by and through Armando R. Villalobos, the Cameron County and District Attorney, filed a petition for writ of mandamus in the above cause on May 3, 2010, contending that the trial court abused its discretion in ordering Villalobos "to testify regarding his trial strategy or discretionary functions as Prosecutor." I agree with the State that any purported testimony sought to be elicited from Villalobos would encompass trial strategy or his discretionary functions as the District Attorney, and accordingly, any such testimony would be impermissible. *See Whitaker v. State*, 286

S.W.3d 355, 366 (Tex. Crim. App. 2009); *Hankins v. State*, 132 S.W.3d 380, 388 (Tex. Crim. App. 2004); *Ladd v. State*, 3 S.W.3d 547, 574 (Tex. Crim. App. 1999). Therefore, I would grant the petition for writ of mandamus and direct the trial court to withdraw its order requiring Villalobos to appear and present testimony in the underlying cause. Thus, I respectfully dissent.


                                                Justice Rose Vela


Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of May, 2010.